**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: TERMINATION OF PARENTAL RIGHTS TO J.L.H., A MINOR | : No. 34 MM 2022<br>:<br>:<br>: |
| PETITION OF: T.R.H., FATHER | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of May, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.